UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DEBRA MAE CARTER,**

 Plaintiff.

v.               No. 4:21-cv-1210-P

**AGAMERICA, LLC ET AL.,**

 Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

 United States Magistrate Judge Hal R. Ray, Jr. made Findings, Conclusions, and a Recommendation ("FCR") in this case on November 22, 2021. ECF No. 8. On December 3, Plaintiff Debra Carter filed a response and objection to the FCR. ECF Nos. 9, 10. The FCR is now ripe for review.

 When a party files written objections to an FCR, the Court reviews the Memorandum and Recommendation *de novo*. *See* 28 U.S.C. § 636(b)(1). But "[p]arties filing objections must specifically identify those findings [to which they object]." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1412 (5th Cir. 1996) (en banc). "Frivolous, conclusive or general objections need not be considered by the district court." *Id.*

 Here, Plaintiff's objections are substantially similar to the allegations she made in her Amended Complaint and Motion for Temporary Restraining Order. *Compare* Pl.'s Resp. to FCR, ECF No. 9, *with* Pl.'s Am. Compl. and Mot. for TRO, ECF Nos. 5, 6. The FCR recommends dismissal without prejudice due to a lack of subject matter jurisdiction; however, Plaintiff fails to respond to this contention and fails to argue that this Court has subject matter jurisdiction over this

case. *See generally* Pl.'s Resp. to FCR. Despite Plaintiff's failure to make specific objections to the FCR, the undersigned District Judge conducted a *de novo* review of the record and purported objections in accordance with 28 U.S.C § 636(b)(1).

After conducting the *de novo* review, the Court concludes that it lacks subject matter jurisdiction and cannot provide Plaintiff the relief she seeks. Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the reasoning in the Magistrate Judge's FCR.

The Court therefore **DENIES** Plaintiff's Motion for Temporary Restraining Order (ECF No. 6) and Application for Writ of Mandamus (ECF No. 1). The Court further **ORDERS** that Plaintiff's claims against Defendants are **DISMISSED without prejudice**.

**SO ORDERED** on this **9th day of December, 2021**.

_____
Mark T. Pittman
United States District Judge